THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Robert Lee
 Foster, Appellant.
 
 
 

Appeal From Spartanburg County
 J. Derham Cole, Circuit Court Judge
Unpublished Opinion No.  2010-UP-341
Submitted June 1, 2010  Filed June 29,
 2010
AFFIRMED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and
 Assistant Attorney General Julie M. Thames, all of Columbia; Solicitor Harold
 W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Robert Lee Foster appeals his conviction
 for possession with intent to distribute crack cocaine, arguing the trial court
 erred in admitting testimony regarding his prior drug paraphernalia conviction
 into evidence.  We affirm[1] pursuant to Rule 220(b),
 SCACR, and the following authority:  State
 v. Govan, 372 S.C. 552, 557, 643
 S.E.2d 92, 94 (Ct. App. 2007) ("Normally, a motion in limine to exclude evidence made at the beginning of trial does not preserve the issue
 for appellate review because a motion in limine is not a final
 determination. The moving party, therefore, must make a contemporaneous
 objection when the evidence is introduced.") (internal citations omitted).    
AFFIRMED.
FEW, C.J., THOMAS, and PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.